STATE OF NEW JERSEY v. HERBERT M. RUBIN.

March 14, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY RUSSILLO.

March 14, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM RICHARD COBURN.

March 14, 1988.

Petition for certification denied.   (See 221 *N.J.Super.* 586)

STATE OF NEW JERSEY v. JACK LA BRUTTO.

March 14, 1988.

Petition for certification granted.